UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| SUELY ALVES,<br>      Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; ENCORE CAPITAL GROUP, INC.; and PORTFOLIO RECOVERY ASSOCIATES;<br>      Defendants. | CASE NO.  1:22-cv-11015-LTS |

### NOTICE OF APPEARANCE FOR TRANS UNION LLC

Please enter my appearance for the Defendant Trans Union LLC.

Respectfully submitted,

Date: July 12, 2022

/s/ Mardic Marashian
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
711 Atlantic Avenue, 6th Floor
Boston, MA  02111
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of July, 2022**.  Notice of this filing will be sent to the following parties by

operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of July, 2022,** properly addressed as follows:

| **Pro Se Plaintiff**<br>Suely Alves<br>19 Ceylon Street, Apt. 2<br>Dorchester, MA 02125 | |
|---|---|

/s/ Mardic Marashian
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
711 Atlantic Avenue, 6th Floor
Boston, MA  02111
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC*