

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SUELY ALVES

Plaintiff                                                                 Civil Action No. 122-cv-11015-LTS

V.

Defendants

Trans Union, LLC et al

## MOTION FOR PROSE TO FILE ELECTRONICALLY

Plaintiff Suely Alves moves the court to be allowed to file court documents electronically through the Pacers court System.

Suely Alves   /s/ Suely Alves                                  July 11, 2022

19 Ceylon Street, Apt 2

Dorchester, Ma 02125

339-208-4775

Suelyalves0531@gmail.com