# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

---
**SUELY ALVES**
*Plaintiff*

v.

**TRANS UNION, LLC, ET AL.**
*Defendant*

---

Civil Action No.: 1:22-CV-11015-LTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Trans Union LLC
555 WEST ADAMS STREET
CHICAGO, IL 60661
C/O REGISTERED AGENT
PRENTICE-HALL CORPORATION SYSTEM, INC.
84 STATE ST, BOSTON, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Suely Alves
19 Ceylon Street, Apt 2
Dorchester, Ma 02125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ — **Samantha Dore**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2022-06-27 16:16:29, Clerk USDC DMA

Civil Action No.: **1:22-CV-11015-LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Trans Union LLC**
was received by me on (date) **June 29, 2022**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **REGISTERED AGENT PRENTICE-HALL CORPORATION SYSTEM, INC.**, who is designated by law to accept service of process on behalf of (name of organization) **Trans Union LLC** Located at **84 STATE ST, BOSTON, MA 02109** on (date) **June 30, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): **In Hand Service**

My fees are $ **60.00** for travel and $ **0** for services, for a total of $ **$60.00**.

I declare under penalty of perjury that this information is true.

**July 11, 2022**
Date

Verified by pdfFiller
*James Veal*
*Server's Signature*

**James Veal**
*Printed name and title*

**125 Intervale St, Dor, Ma 02121**
*Server's Address*

Additional information regarding attempted service, etc: