IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUELY ALVES | Case No. 1:22-CV-11015-LTS |
| Plaintiff, | |
| vs. | |
| TRANS UNION, LLC, ET AL. | |
| Defendant. | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Michael P. Trainor, Esquire of Blank Rome LLP on behalf of Defendant, Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc., in the above-captioned matter.

/s/Michael P. Trainor
Michael P. Trainor
**Blank Rome LLP**
One Logan Square
Philadelphia, PA 19103
*Attorneys for Defendants*
*Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc.*

Dated: July 14, 2022

158411.01444/129118030v.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 14th day of July 2022, I caused true and correct copies of the foregoing Entry of Appearance to be served on parties of record through the Court's ECF filing system.

Suely Alves
19 Ceylon Street, Apt. 2
Dorchester, Ma 02125
*(Pro Se)*

Mardic A. Marashian
Bonin & Marashian
711 Atlantic Ave., Floor 6
Boston, MA 02111
*(Attorney for Trans Union LLC)*

                */s/Michael P. Trainor*
                Michael P. Trainor