**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

SUELY ALVES,
          Plaintiff,

vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC;
EQUIFAX INFORMATION SERVICES,
LLC.; MIDLAND FUNDING LLC; MIDLAND
CREDIT MANAGEMENT INC.; ENCORE
CAPITAL GROUP, INC.; and PORTFOLIO
RECOVERY ASSOCIATES;
          Defendants.

CASE NO.  1:22-cv-11015-LTS

### MOTION FOR ADMISSION PRO HAC VICE OF PREANDRA S. LANDRUM

Mardic Marashian, Esq., counsel for Trans Union, LLC, in this case and a member in good standing before this Court, hereby moves pursuant to Local Rule 83.5.3(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel, Preandra S. Landrum, *Pro Hac Vice*.  Ms. Landrum is a member in good standing before the following Courts:

Indiana Supreme Court

U.S. District Court for the Southern District of Indiana

In addition, she is of good moral character and professional reputation.  An affidavit of Preandra S. Landrum in support hereof is filed herewith.

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that he conferred with counsel of record who assents to this motion.

Respectfully submitted,

/s/ Mardic Marashian

Date:  <u>July 21, 2022</u>

_____

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
711 Atlantic Avenue, 6th Floor
Boston, MA  02111
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **21st day of July, 2022**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of July, 2022** properly addressed as follows:

| **<u>Pro Se Plaintiff</u>**<br>Suely Alves<br>19 Ceylon Street, Apt. 2<br>Dorchester, MA 02125 | |
|---|---|

/s/ Mardic Marashian

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
711 Atlantic Avenue, 6th Floor
Boston, MA  02111
Telephone:  (617) 303-4502
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC*