UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

SUELY ALVES,
    Plaintiff,

CASE NO. 1:22-cv-11015-LTS

vs.

TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; ENCORE CAPITAL GROUP, INC.; and PORTFOLIO RECOVERY ASSOCIATES;
    Defendants.

### AFFIDAVIT OF PREANDRA S. LANDRUM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

The undersigned, being duly sworn, deposes and states the following:

1. I, Preandra S. Landrum, am an attorney with the law firm of Schuckit & Associates, P.C. in Zionsville, Indiana. By this Affidavit and the Motion to which it is attached, I seek admission *pro hac vice* to represent Defendant, Trans Union, LLC in this lawsuit.

2. I am admitted and licensed to practice in the following courts:

    Indiana Supreme Court

    U.S. District Court for the Southern District of Indiana

3. Since my admission to these bars, I have been and remain a member in good standing thereof. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the Bar.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Date: July 21, 2022

Respectfully submitted,

*[signature]*

Preandra S. Landrum, Esq. (IN # 36877-32)
 (*Pro Hac Vice* pending)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400 Ext. 132
Fax:  (317) 363-2257
E-Mail:  plandrum@schuckitlaw.com

STATE OF INDIANA      )
                      ) SS:
COUNTY OF HAMILTON    )

Before me, a Notary Public in and for said County and State, personally appeared Preandra S. Landrum, who acknowledged the execution of the foregoing Affidavit and who, having been duly sworn, stated that any representations therein contained are true to the best of her knowledge, information and belief, this 21st day of July, 2022.

NOTARY PUBLIC - STATE OF INDIANA
SEAL
MEGHAN E LAMAR
COMMISSION NUMBER NP0658147
MY COMMISSION EXPIRES SEPTEMBER 16, 2022

*[signature]*
Notary Public

 Meghan E. Lamar
Printed Name of Notary
Residing in Boone County, Indiana

My Commission Expires:

Sept. 16, 2022