UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| SUELY ALVES,<br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; ENCORE CAPITAL GROUP, INC.; and PORTFOLIO RECOVERY ASSOCIATES;<br>        Defendants. | CASE NO.  1:22-cv-11015-LTS |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Suely Alves ("Plaintiff"), *pro se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: December 7, 2022

/s/Suely Alves   pro se
Suely Alves
19 Ceylon Street, Apt. 2
Dorchester, MA 02125
Email: suelyalves0531@gmail.com
Phone: 339-208-4775
*Pro Se Plaintiff*

Date:  <u>December 7, 2022</u>         <u>/s/Preandra S. Landrum</u>
                                                    Preandra S. Landrum, Esq. (IN# 36877-32)
                                                      (admitted *Pro Hac Vice*)
                                                    Schuckit & Associates, P.C.
                                                    4545 Northwestern Drive
                                                    Zionsville, IN  46077
                                                    Telephone: (317) 363-2400, Ext. 132
                                                    Fax:  (317) 363-2257
                                                    E-Mail: plandrum@schuckitlaw.com

                                                    *Counsel for Defendant Trans Union, LLC*


                                                    Mardic A. Marashian, Esq. (BBO #548607)
                                                    Bonin & Marashian
                                                    711 Atlantic Avenue, 6th Floor
                                                    Boston, MA  02111
                                                    Telephone:  (617) 303-4502
                                                    Fax:  (617) 723-3163
                                                    E-Mail:  mardic@boninmarashian.com

                                                    *Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of December, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Hale Yazicioglu Lake, Esq. <br> hlake@hinshawlaw.com | Michael P. Trainor, Esq. <br> mtrainor@blankrome.com |
| Whitney Uicker, Esq. <br> wuicker@hinshawlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **7th day of December, 2022** properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff** <br> Suely Alves <br> 19 Ceylon Street, Apt. 2 <br> Dorchester, MA 02125 | |

*/s/ Preandra S. Landrum*
Preandra S. Landrum, Esq. (IN# 36877-32)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: (317) 363-2400, Ext. 132
Fax:  (317) 363-2257
E-Mail: plandrum@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*