UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| SUELY ALVES,<br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC.; MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; ENCORE CAPITAL GROUP, INC.; and PORTFOLIO RECOVERY ASSOCIATES;<br>　　　　Defendants. | CASE NO.  1:22-cv-11015-LTS |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Suely Alves, *pro se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Suely Alves against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Suely Alves and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  _____          _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　District of Massachusetts

DISTRIBUTION TO:

| | |
|---|---|
| Hale Yazicioglu Lake, Esq. <br> hlake@hinshawlaw.com | Michael P. Trainor, Esq. <br> mtrainor@blankrome.com |
| Whitney Uicker, Esq. <br> wuicker@hinshawlaw.com | Mardic A. Marashian, Esq. <br> mardic@boninmarashian.com |
| Preandra S. Landrum, Esq. <br> plandrum@schuckitlaw.com | **Pro Se Plaintiff** <br> Suely Alves <br> 19 Ceylon Street, Apt. 2 <br> Dorchester, MA 02125 |