# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

Phone:   (215) 569-5685
Fax:     (215) 832-5685
Email:   Michael.Trainor@BlankRome.com

December 23, 2022

**SUBMITTED VIA ECF**

The Honorable Leo T. Sorokin
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

> Re: *Alves v. Trans Union, LLC*
> Civil Action No. 1:22-cv-11015-LTS

Dear Judge Sorokin:

This firm represents Defendants, Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. ("Defendants"), in the above-captioned action. We write to respectfully request that this Court strike the Amended Complaint (Dkt. 62) filed by Plaintiff, Suely Alves ("Plaintiff"), given her clear failure to comply with Your Honor's Order dated November 28, 2022 (the "Order"). *See* Dkt. 59.

On August 4, 2022, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"). *See* Dkt. 35. In the Order, this Court granted the Motion to Dismiss and dismissed all three of Plaintiff's claims without prejudice as to Defendants. *See* Dkt. 59 at p. 12. The Order further stated that Plaintiff would be permitted "to file a motion for leave to file an amended complaint, provided she does so within twenty-one days, i.e. by December 19, 2022." *Id*. In addition, Plaintiff was ordered to explain how any proposed amended complaint cures the shortcomings identified in the Order. *Id*.

Plaintiff disregarded this Court's clear instructions and did not file a Motion for Leave. Instead, she did nothing more than file the Amended Complaint. In addition, Plaintiff completely failed to provide any explanation for how the Amended Complaint purportedly cured the clear deficiencies of her prior complaint. Indeed, even a cursory review of the Amended Complaint shows that it too contains numerous shortcomings and deficiencies that were also present in her original complaint, and which formed the basis for its dismissal. For example, and without setting forth all deficiencies, Plaintiff still has not identified the debt at issue or the allegedly inaccurate credit information that was reported. She has also, yet again, failed to

December 23, 2022
Page 2

identify with any specificity which of the remaining defendants committed the alleged wrongdoings set forth in the Amended Complaint.[1]  Instead, she once again asserts that all remaining defendants purportedly committed the same violations in connection with, it seems, the same alleged facts.  Without identifying what each named defendant purportedly did wrong, and which account(s) are at issue in the litigation, it would be virtually impossible to guess as to what Plaintiff is claiming.

   Therefore, Defendants respectfully request that this Court strike the Amended Complaint. Thank you for Your Honor's courtesies and consideration with respect to this request.

            Respectfully submitted,

            */s/ Michael P. Trainor*

            Michael P. Trainor

cc: Suely Alves (via email)
   Hale Yazicioglu, Esq. (via Email)
   Whitney M. Uicker, Esq. (via Email)

---

[1] Defendants are raising these issues by way of example and in so doing respectfully reserve the right to address all of the deficiencies more fully should the Court determine that there is a need.

138121.00602/50421713v.1